IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



**UNITED STATES OF AMERICA**

v.  DOCKET NO. 2:13CR25KS-MTP-001

**MILES JUSTIN MCNAIRY**

### Motion and Order to Vacate Petition to Revoke Supervision Without Prejudice

Comes now, Amanda C. Pierce, Senior U.S. Probation Officer for the Southern District of Mississippi, on Motion Ore Tenus to dismiss the petition to revoke supervision without prejudice filed against Miles Justin McNairy on November 2, 2021. The defendant has submitted to a truthful polygraph as instructed by the Court.

The COURT finds the motion is well taken and shall be sustained. The petition filed in this case shall be dismissed without prejudice.

SO ORDERED THIS THE 21st DAY OF Dec, 2021.

Honorable Keith Starrett
United States District Judge